THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| *In re Progressive Leasing Breach Litigation* | **ORDER GRANTING [73] STIPULATED MOTION TO STAY CASE PROCEEDINGS**<br><br>Case No. 2:23-cv-00783-DBB-CMR<br><br>District Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is the Parties' Stipulated Motion to Stay Case Proceedings.[1] For good cause shown, the Motion is GRANTED. IT IS HEREBY ORDERED that these proceedings, other than third-party discovery, are stayed until the earlier of (i) July 7, 2025; or (ii) a notice from the Parties.

IT IS FURTHER ORDERED that the Parties shall provide a status report to the Court no later than July 7, 2025 reporting the status of their settlement discussions.

DATED: March 11, 2025

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] ECF No. 73.