# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| *In re Progressive Leasing Breach Litigation* | **Case No.: 2:23-cv-00783**<br><br>**District Judge David Barlow**<br>**Magistrate Judge Cecilia M. Romero** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL

Pursuant to DUCivR 7-1(3) Plaintiffs file this Motion for Leave to Extend the page limits of Local Rule DUCiv. 7-1(a)(3)(B) for Plaintiffs' Motion for Preliminary Approval of a Settlement Agreement with Defendant Prog Leasing. Because they cannot present all material the Court must consider to approve the settlement, plaintiffs seek leave to file a motion not to exceed 30 pages. Plaintiffs offer the following as good cause in support of their request:

1. Plaintiffs and Prog Leasing have worked diligently to prepare a longform agreement setting forth the terms of the settlement. The parties have finalized and executed the long-form agreement. Accordingly, Plaintiffs have prepared their motion pursuant to Fed. R. Civ. P. 23 for preliminary approval of the settlement agreement between plaintiffs and Prog Leasing, which is filed concurrently herewith. Pursuant to Local Rule DUCiv.R. 7-1(a)(3)(B), Plaintiffs' Motion for Preliminary Approval cannot exceed 30 pages in length.

2. Under Local Rule DUCiv.R. 7-1(e), "[i]f a motion or memorandum is to exceed the page limitations set forth in this rule, leave of court must be obtained." Plaintiffs respectfully request that the page limit for their motion for preliminary approval of settlement be enlarged to XX pages.

3. Plaintiffs have good cause for this request. Plaintiffs' motion will explain the key settlement terms and set forth the reasons why the settlement meets the standard for preliminary approval. There are also substantial procedural requirements plaintiffs must address pursuant to Fed. R. Civ. P. 23 in support of their motion for preliminary approval, including discussing the nature of negotiations, the benefit to the Class of immediate recovery, and an analysis of relevant questions as to law and fact. In addition, the motion explains the steps necessary for plaintiffs to provide notice to the class and prepare a plan of distribution.

4. Plaintiffs' motion will also demonstrate that certification of a proposed settlement class is justified, and that the numerosity, commonality, typicality, and adequacy requirements for certification under Fed. R. Civ. P. 23(a) are satisfied. Plaintiffs' motion for preliminary approval will also demonstrate that questions of law and fact predominate over individualized issues, and that a class action is a superior method of resolving this controversy as required by Fed. R. Civ. P. 23(b). Given the importance of achieving preliminary approval of a class action settlement, plaintiffs need 30 pages to fully address these requirements.

5. Prior to filing this motion, counsel for plaintiffs conferred with counsel for Defendant Prog Leasing. Defendant does not oppose this motion.

6. Accordingly, plaintiffs seek leave to extend the page limit for their motion for preliminary approval of settlement agreement with Prog Leasing to 30 pages.

Dated: October 17, 2025

Respectfully submitted,

By: /s/ Daniel Srourian

Daniel Srourian, Esq.
SROURIAN LAW FIRM, P.C.
468 N. Camden Drive Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com

Tyler Bean, Esq.
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (212) 532-1091
E: dsmith@sirillp.com
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

`       I hereby certify that a true and correct copy of the above and foregoing document has been served on October 17, 2025 to all counsel of record via the court's ECF/CM filing system.

/s/Daniel Srourian